IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Larson, Aaron G

Printed: 11/25/08

Case Number: 07 B 23939
Judge: Squires, John H
Filed: 12/20/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: November 17, 2008
Confirmed: February 20, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 7,920.00 |  |
| Secured: |  | 4,974.40 |
| Unsecured: |  | 0.00 |
| Priority: |  | 449.27 |
| Administrative: |  | 2,000.00 |
| Trustee Fee: |  | 496.33 |
| Other Funds: |  | 0.00 |
| Totals: | 7,920.00 | 7,920.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Neal Feld | Administrative | 2,000.00 | 2,000.00 |
| 2. | Marquette Consumer Finance | Secured | 6,857.92 | 4,974.40 |
| 3. | Illinois Dept of Revenue | Priority | 537.60 | 31.02 |
| 4. | Internal Revenue Service | Priority | 7,247.16 | 418.25 |
| 5. | Illinois Dept of Revenue | Unsecured | 79.00 | 0.00 |
| 6. | Capital One | Unsecured | 1,238.65 | 0.00 |
| 7. | Internal Revenue Service | Unsecured | 812.42 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 5,907.03 | 0.00 |
| 9. | Marquette Consumer Finance | Unsecured | 0.00 | 0.00 |
| 10. | Jefferson Capital Systems LLC | Unsecured | 607.56 | 0.00 |
| 11. | Chase | Unsecured |  | No Claim Filed |
| 12. | Bally Total Fitness | Unsecured |  | No Claim Filed |
| 13. | Sprint PCS | Unsecured |  | No Claim Filed |
| 14. | Harris & Harris | Unsecured |  | No Claim Filed |
| 15. | NCO Financial Services Inc | Unsecured |  | No Claim Filed |
|  |  |  | $ 25,287.34 | $ 7,423.67 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 95.04 |
| 6.5% | 342.60 |
| 6.6% | 58.69 |
|  | $ 496.33 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Larson, Aaron G

Printed: 11/25/08

Case Number:  07 B 23939
Judge:  Squires, John H
Filed:  12/20/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

